RECEIVED

FEB 2 0 2018

BY MAIL

Case No: 4:18-cv-00235-NCC AGF

To clerk of the court,

    I Christopher J. Potter am the Plaitiff in case 4:18-cv-00235-NCC and wish to add the following defendants to the case.

Defendants,

1.     Gary Bradshaw - Badge #599 is with the St. Charles County Sheriff's Department.

2.     Ryan Streck - ~~Badge~~ Badge # 582 is with the St. Charles County Sheriff's Department

3. Carrie M. Sullivan - ~~Assistant~~ an Assistant Prosecutor of St. Charles County, Missouri

4. Patrick James McCool - an Assistant Prosecutor of St. Charles County, Missouri

5. Trooper Catherine Bishop - Badge 202 is with Missouri State Highway Patrol.

6. Corporal Brent Moore - Badge 514 is with Missouri State Highway Patrol.

7. Trooper Eric Graslie - Badge 811 is with Missouri State Highway Patrol, this name is to be updated from E. Graslie.

8. Catherine M. Hoag - an Assistant Prosecutor of Warren County, Missouri

9. Correction from Fred Statler to Fred Stotler as indicated on docket text.

Please add the above 9 names to the list of Defendants.

Thank you.

                                 Sincerely, Chris J Potter

Christopher J. Potter
#2016004421
St. Charles County Jail
301, N, Second Street
St. Charles, MO 63301

SAINT LOUIS MO 630

15 FEB 2018 PM 2 L

MAILED FROM:
ST. CHARLES COUNTY
-Lega ADULT DETENTION FACILITY



Clerk of the Court
United States District Court
Eastern District of Missouri
Eastern District Division
111 South 10th Street
St. Louis, Mo 63102

**RECEIVED**

FEB 20 2018

**BY MAIL**

63102-112894