RECEIVED

MAR 09 2018

BY MAIL

Date: 3-7-2018

Christopher J. Potter  v. Nicholas Lineback, et al

Case No: 4:18-CV-00235AGF

To Clerk of the Court,

Hello, my name is Christopher J. Potter, the Plaintiff in the above style case, and I was wanting to receive a case docket status on said case.

Thank you for your time!!!

Current address below:
Christopher J. Potter
301 N 2nd Street
St Charles, mo 63301

Respectfully Submitted,
Chris J Potter
Chris J Potter

Christopher J. Potter m-12
#2016004421
St. Charles County Jail
301 N. Second Street
St. Charles, mo 63301

MAILED FROM
ST. CHARLES COUNTY
DETENTION CENTER

SAINT LOUIS MO 630

08 MAR 2018 PM 7 L



Clerk of the Court
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis, mo 63102

_Legal Mail_

63102-112894