RECEIVED
APR 04 2018
BY MAIL

Date: March 30th 2018

To the Clerk of the Courts,

    I, Christopher Jacob Potter is the Plaintiff in case number 4:18-CV-00148-CDP and case number 4:18-CV-00235-AGF.

    This letter is to inform the courts that I went on a writ to Warren County Jail from March 23rd 2018 and returned to St. Charles County Jail on March 29th 2018 and that if any mail was sent to me and return back to the United States District Court, I apologize for the inconvience and ask the Courts to re-send any mail back to 301 N Second Street, St. Charles, Mo 63301.

    Also, if I go on future writs to Warren County, do I need to notify the courts each time for the short time on a writ?

    Also, if there is any new update to either above case number, could those updates please be sent to me.

    Thank you for your time!!!

Respectfully Submitted,
Chris J Potter