RECEIVED
MAY 01 2018
BY MAIL

Date: 4-28-2018

Case No: 4:18-CV-00235-AGF

To Clerk of the Court,

    I, Christopher Jacob Potter, am the Plaintiff in the above style case and wish to add the following information and also providing a motion for Pre-Trial release in my Missouri State Criminal case's, which will be explain towards the end of this letter.

    I, Christopher Jacob Potter went to court on April 27th 2018 to see Judge Ted House on state criminal case number 1611-CR03563-01 of St. Charles County Circuit Court. Judge House told me that if attorney Tim Hesemann withdrawls from my criminal case, then I will not be appointed new Counsel. Judge Ted House then ask if I could afford a new attorney, I said "not as I am incarcerated". Then Judge House asked me if I wanted to keep attorney Tim Hesemann, and I said "yes, if he will do the things I need him to do." Then Judge House asked Tim Hesemann about withdrawling off my criminal case, Tim Hesemann stated that "I had filed a bar complaint against Tim Hesemann", which is not true, because I had filed a complaint against Tim Hesemann with the Office of Chief Disciplinary Counsel. Tim Hesemann was granted to withdrawl off my case. I also tried to explain to Judge House how the Missouri Public Defender system was a conflict of interest in August 2017 and Judge House implicated that I may not have any further representation for my Criminal Case.



Which is also a violation of my Sixth Amendment Right to Counsel and a violation of my Fourteenth Amendment of Due Process. I also asked Judge House if I could give him a list that I had with me in court to be ordered for me to use in my criminal case. Judge House said "No, since that would upset the prosecution." I believe that Judge Ted House had retaliated against me, because I filed a complaint against Tim Hesemann and causing me to have very high levels of emotional distress by me worrying that I may not have an attorney to represent me in a Trial by Jury set for on June 18th 2018.

1) I believe that my first amendment right had been violated by Judge Ted House for retaliation towards me, by attorney Tim Hesemann withdrawling off my criminal case after I had filed a complaint against attorney Tim Hesemann with the Office of Chief Disciplinary Counsel of Missouri

2) I also believe that Judge Ted House of St. Charles County had Inflicted Emotional Distress upon me by telling me that I will not be getting another attorney if Tim Hesemann withdrawls and the Missouri Public Defender System can not represent me, which caused me to go back to my Jail cell with very high levels of emotional stress, worry, and being so stressed with worry that I was unable to eat my lunch on April 27th 2018.

3) I further believe that Defendants Nicholas Lineback, Fred Stotler, Scott Schoenfeld, Kelly King, Kevin Talir, Eric Graslie, Shane Fineran, Dulany Harms, Scott Lewis, Patrick James McCool, Brent Moore and Carrie M. Sullivan had all committed Civil Conspiracy with each other to inform Judge Ted House of St. Charles County Circuit Court to find a way to deprive me of my Sixth Amendment Right,

By denying me my right to counsel, in order to force me to a Trial by Jury without counsel to have an unfair Trial, to force a wrongful guilty verdict upon me, due to insufficient evidence and fabricated Police reports for my missouri state criminal case number 1611-CR03563-01.

I would like to add Judge Ted House located at 300 N. 2nd Street, St. Charles MO 63301 as a defendant.

4) I further believe that in the following Missouri State Criminal case numbers 1611-CR03563-01, 16BB-CR00559, 16BB-CR00753 that Defendants Fred Stotler, Scott Schoenfeld, Kelly King, Dulany Harms, Scott Lewis, Patrick McCool and Carrie M. Sullivan have all committed Civil Conspiracy by conversating with each other to produce false police reports, to fabricate evidence, to retaliate against me for attempting to prove my innocence, violating my Sixth Amendment right to a speedy trial by jury and being prejudice against me for excercising my Constitutional Rights while inflicting emotional distress upon me by purposely accussing me of crimes that I did not commit, which is causing me to suffer extreme worry, stress and not able to properly eat my meals due to the excessive worry that I am dealing with. I am being deprived of my free will and freedom as a person that is pleading innocent.

I, Christopher Jacob Potter, wish to add this information into my Civil case number 4:18-CV-00235-AGF.

④

I further ask the United States District Court to grant my motion of Pre-Trial release for me on my Missouri State Criminal case numbers 1611-CR03563-01, 16BB-CR00559, 16BB-CR00753, because I believe it to be cruel and unusual punishment according to the Eighth Amendment, to be incarcerated while trying to prove my innocence, while the St Charles County and Warren County Prosecutors continue to violate my Constitutional Rights with false police reports.

Furthermore, I Christopher Jacob Potter, a Pre-trial detainee, who is trying to prove my innocence in my Missouri State Criminal cases, while dealing with medical issues as stated in civil case of the United States District Court case 4:18-CV-00148-CDP, where my First Amendment and Eighth Amendment rights are being violated and Medical Negligence is occurring in the St. Charles County Jail. I have been incarcerated in the St. Charles County Jail since July 5th 2016 and can not afford to post bond, I have filed for bond reductions and to be granted Personal Recognizance Bond in all my Missouri State Criminal Cases and those motions are being ignored to my belief.

Therefore, I hope and pray that this courts grants me an order to have a Pre-Trial release from jail in all of my Missouri State Criminal Cases due to my Constitutional Rights are being violated while I am incarcerated.

Thank you for your time !!!

Respectfully Submitted,
Chris J. Potter
Prison Number 2016004421

page 4 of 4

Christopher J Potter I-1
301 N. 2nd Street
St. Charles MO 63301

SAINT LOUIS MO 630
30 APR 2018 PM 10 L

Clerk of the Court
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis MO 63102

-Legal Mail-

RECEIVED
MAY 0 1 2018
BY MAIL

63102-112894