**RECEIVED**

MAY 1 6 2018

**BY MAIL**

Date: 5-11-2018

Case: 4:18-cv-00235-AGF

Potter v. Lineback, et al

To Clerk of the Court,

    I, Christopher Jacob Potter am the Plaintiff in the above style case and I wish to obtain a case status update.

Thank you for your time!!!

Current address below:  
Chris J Potter  
301 N. 2nd Street  
St. Charles MO 63301

Respectfully Submitted,  
Chris J Potter.

Chris J Potter I-1
#201600442I
301 N. 2nd Street
St. Charles, MO 63301

MAILED FROM
ST CHARLES COUNTY
ADULT DETENTION FACILITY

SAINT LOUIS MO 630

14 MAY 2018 PM 5 L

Clerk of the Court
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis, MO 63102

RECEIVED
MAY 16 2018
BY MAIL

63102-112654

Legal Mail